James P. Sanders, Appellant, *v.* The Village of Yonkers, Respondent.

Argued and decided with *Sanders* v. *Village of Yonkers,* *ante,* p. 489.